RENE L. VALLADARES
Federal Public Defender
District of Nevada
State Bar No. 11479
PAUL RIDDLE
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for:
BRET ALAN HUMPHRIES

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRET ALAN HUMPHRIES ,<br><br>    Defendant. | Case No.: 2:14-CR-279-APG-VCF<br><br>**MOTION TO CONTINUE HEARING DATE**<br>(First Request) |

COMES NOW, undersigned defense counsel and moves this court to adjust the hearing date set today and scheduled for Friday, February 20, 2015 at 1:00 p.m., to a date and time convenient to the court, but no sooner than February 23, 2015. Counsel will be out of the jurisdiction from February 18th through 20th at a training conference planned in October of last year, and the content of the motions will require counsel to be personally present.

Dated: February 11, 2015

                                        RENE L. VALLADARES
                                        Federal Public Defender


                                        By: / s/ Paul Riddle
                                         PAUL RIDDLE,
                                        Assistant Federal Public Defender

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRET ALAN HUMPHRIES ,<br><br>Defendant. | Case No.: **2:14-CR-279-APG-VCF**<br><br>ORDER |

## **ORDER**

The interests of justice and judicial economy being best served by the granting of this motion;

IT IS THEREFORE ORDERED, that the Motion Hearing currently scheduled for Friday, February 20, 2015 at 1:00 p.m. , be vacated and continued to March 5, 2015 at the hour of 10:00 a.m., courtrom 3D.

DATED 11th day of February , 2015.

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on February 11, 2015, I served an electronic copy of the above and foregoing **MOTION TO CONTINUE HEARING DATE** (First Request) by electronic service (ECF) to the persons named below:

> DANIEL G. BOGDEN
> United States Attorney
> LISA CARTIER-GIROUX
> Assistant United States Attorney
> 333 Las Vegas Blvd. So., 5th Floor
> Las Vegas, Nevada 89101

      /s/ Nancy Vasquez , Legal Assistant
      Employee of the Federal Public Defender