1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

* * *

8
UNITED STATES OF AMERICA,                )
                                         )
9                    Plaintiff,          )        2:14-cr-00279-APG-VCF
                                         )
10   vs.                                 )        **ORDER**
                                         )
11   BRET ALAN HUMPHRIES,                )
                                         )
12                   Defendant.          )
                                         )

13

Before this Court for review is Defendant's Motion for Temporary Exemption from

14
Local Rule 10-6(a) and Motion to Dismiss Counsel and Appoint New Counsel (#'s 29, 30) .The Court

15
having read and reviewed the motions and good cause appearing it is hereby GRANTED.

16

17
IT IS ORDERED that THOMAS ERICSSON  is appointed as counsel in place of

18
the Federal Public Defender for the District Of Nevada  for all future proceedings.

19
The Federal Public Defender shall forward the file to Mr. Ericsson forthwith.

20
DATED this _16th_ day of March, 2015
21
Nunc Pro Tunc date: March 12, 2015

22

23
_____
24
UNITED STATES MAGISTRATE JUDGE

25

26

27

28