THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON LLC
700 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for Bret Alan Humphries*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>BRET ALAN HUMPHRIES<br>~~Defendants.~~ | CASE NO: 2:14-cr-00279-APG-VCF<br><br>~~STIPULATION~~ TO CONTINUE DEADLINE FOR REPLY<br><br>(First Request)<br><br>ORDER |

IT IS HEREBY STIPULATED AND AGREED by BRET ALAN HUMPHRIES, by and through his attorney, THOMAS A. ERICSSON, ESQ., and the United States of America, by and through LISA CARTIER-GIROUX, ESQ., Assistant United States Attorney, that the Defendant shall have to and including June 29, 2015, within which to file any and all reply pleadings, currently due June 18, 2015.

DATED: June 15, 2015.

/s/ *Thomas A. Ericsson*
Thomas A. Ericsson, Esq.
700 South Third Street
Las Vegas, Nevada 89101
Attorney For Bret Alan Humphries

/s/ *Lisa Cartier-Giroux*
Lisa Cartier-Giroux, Esq.
Assistant United States Attorney

RECEIVED
FILED         SERVED ON
ENTERED   COUNSEL/PARTIES OF RECORD

JUN 23 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                              DEPUTY

## ORDER

IT IS THEREFORE ORDERED that the Defendant, BRET ALAN HUMPHRIES, shall have to and including June 29, 2015, within which to file any and all reply pleadings.

DATED AND DONE this 23rd day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ Thomas A. Ericsson
THOMAS A. ERICSSON, ESQ.
Attorney for Bret Alan Humphries

2