UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>BRET ALAN HUMPHRIES,<br><br>　　　　　　　　　Defendant. | Case No. 2:14-cr-0279-APG-VCF<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS**<br><br>(Dkt. ## 39, 67) |

　　　Defendant Bret Alan Humphries filed a motion to suppress all statements he is alleged to have made to law enforcement officers on August 30, 2012. (Dkt. #39.) After conducting an evidentiary hearing, Magistrate Judge Ferenbach entered his Report and Recommendation recommending that Mr. Humphries' motion should be granted. (Dkt. #67.) The Government filed an Objection to the Report and Recommendation (Dkt. #68) and Mr. Humphries filed a Response (Dkt. #69). Pursuant to Local Rule IB 3-2(b), I have conducted a *de novo* review of the motion to suppress and related papers. Good cause appearing,

　　　IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's Report and Recommendation **(Dkt. #67) is accepted**, and his detailed analysis is adopted herein.

　　　IT IS FURTHER ORDERED that defendant Bret Alan Humphries' motion to suppress **(Dkt. #39) is granted.**

　　　Dated: February 3, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE