UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>BRET ALAN HUMPHRIES,<br><br>                    Defendant. | Case No. 2:14-cr-0279-APG-VCF<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**<br><br>(ECF No. 77) |

I previously accepted Magistrate Judge Ferenbach's Report and Recommendation and granted defendant Bret Alan Humphries' motion to suppress. (ECF No. 76.) The Government filed a motion to reconsider my order. (ECF No. 77.) Based on the motion and related papers—and without commenting on the merits of the allegation—it would be wise to have an evidentiary hearing on the limited issue of statements allegedly made by Mr. Humphries to S.M. to the effect that Mr. Humphries lied to the Magistrate Judge at the prior hearing.

IT IS HEREBY ORDERED that the motion for reconsideration **(ECF No. 77) is referred to Magistrate Judge Ferenbach** for an evidentiary hearing limited to the scope set forth above.

Dated:  April 29, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE