# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:14-cr-00279-APG-VCF |
| BRET ALAN HUMPHRIES, | **ORDER** |
| Defendant. | |

Due to a referral from Judge Gordon,

IT IS HEREBY ORDERED that the evidentiary hearing on the limited issue of statements allegedly made by Mr. Humphries to S.M. to the effect that Mr. Humphries lied to the undersigned Judge at the prior hearing is scheduled for 10:00 a.m., June 14, 2016, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 3rd day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE