# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRET ALAN HUMPHRIES,<br><br>    Defendant. | 2:14-cr-00279-APG-VCF<br>**ORDER** |

  Before the Court is the Motion to Compel Discovery (ECF No. 126).

  IT IS HEREBY ORDERED that the Government may file a surreply to address the issues first raised in Humphries' reply in support of his motion to compel discovery on or before July 13, 2017.

  IT IS FURTHER ORDERED that a hearing on Motion to Compel Discovery (ECF No. 126) is scheduled for 10:00 AM, July 24, 2017, in Courtroom 3D.

  DATED this 5th day of July, 2017.

                      _____
                      CAM FERENBACH
                      UNITED STATES MAGISTRATE JUDGE