# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRET ALAN HUMPHRIES,<br><br>        Defendant. | 2:14-cr-00279-APG-VCF<br>**ORDER** |

Before the Court are the Motion for Temporary Exemption to Local Rule IA 11-6(a) (ECF No. 136) and Motion to Dismiss Indictment Due to the Suppression of Unconstitutionally Obtained Statements (ECF No. 137).

Accordingly,

IT IS HEREBY ORDERED that the Motion for Temporary Exemption to Local Rule IA 11-6(a) (ECF No. 136) is GRANTED.

IT IS FURTHER ORDERED that government must file a response to the Motion to Dismiss Indictment Due to the Suppression of Unconstitutionally Obtained Statements (ECF No. 137) on or before August 24, 2017.

DATED this 9th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE