UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-0279-APG-VCF |
|---|---|
| Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO DISMISS** |
| v. | |
| BRET ALAN HUMPHRIES, | |
| Defendant. | (ECF Nos. 137, 143, 146) |

Defendant Bret Alan Humphries moved to dismiss the indictment against him due to the subsequent suppression of statements he made. ECF No. 137. Magistrate Judge Ferenbach entered his Report and Recommendation recommending that Mr. Humphries' motion should be denied. ECF No. 143. Humphries filed an Objection to the Report and Recommendation *pro se* despite the fact that he is represented by counsel. ECF No. 145. The Government moves to strike Mr. Humphries' objection because it violates Local Rule IA 11-6(a), which states that "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." ECF No. 146.

Pursuant to Local Rule IB 3-2(b), I have conducted a *de novo* review of the motion to suppress and related papers. Magistrate Judge Ferenbach's Report and Recommendation recites the correct legal and factual bases for his decision. I agree with his analysis.

IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's Report and Recommendation **(ECF No. 143) is accepted**, and Mr. Humphries' motion to dismiss **(ECF No. 137) is denied**, and the Government's motion to strike **(ECF No. 146) is denied as moot**.

Dated: October 6, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE