UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BRET ALAN HUMPHRIES,<br><br>　　　　　　　　　　Defendant. | Case No. 2:14-cr-0279-APG-VCF<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO DISMISS**<br><br>(ECF Nos. 150, 154) |

Defendant Bret Alan Humphries moved to dismiss the indictment against him. ECF No. 150. Magistrate Judge Ferenbach entered his Report and Recommendation recommending that the motion should be denied. ECF No. 154. Humphries filed an Objection to the Report and Recommendation. ECF No. 157.[1] Pursuant to Local Rule IB 3-2(b), I have conducted a *de novo* review of the motion to dismiss and related papers. Magistrate Judge Ferenbach's Report and Recommendation recites the correct legal and factual bases for his decision. I agree with his analysis, and adopt it as my own.[2]

IT IS HEREBY ORDERED that Mr. Humphries' objection (ECF No. 157) is overruled, Magistrate Judge Ferenbach's Report and Recommendation **(ECF No. 154) is accepted**, and Mr. Humphries' motion to dismiss **(ECF No. 150) is denied**.

Dated: April 13, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Humphries also filed a reply in support of his objection. That violates Local Rule IB 3-2(a) which states that "[r]eplies will be allowed only with leave of court."

[2] Mr. Humphries first objects that Judge Ferenbach did not make a finding whether the motion to dismiss was timely. ECF No. 157 at 3-4. Judge Ferenbach's Report and Recommendation rules on the merits of Humphries' motion. I thus presume that Judge Ferenbach overlooked any untimeliness and declined the Government's invitation to deny the motion as untimely. I thus, reject this objection as moot.