UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRET ALAN HUMPHRIES,<br><br>Defendant. | Case No. 2:14-cr-00279-APG-VCF<br><br>**ORDER DENYING MOTION TO FILE PRO SE AND MOTION TO DISMISS**<br><br>(ECF Nos. 160, 161) |

Defendant Bret Alan Humphries has filed another motion to dismiss the indictment against him. ECF No. 161. Despite being represented by counsel, Humphries filed that motion *pro se*. Humphries requests that I waive Local Rule IA 11-6(a), which prohibits a party represented by counsel from filing his own papers. ECF No. 160. I deny Humphries' request to waive Local Rule 11-6(a) and I strike his motion to dismiss as a rogue filing.[1]

IT IS HEREBY ORDERED that Mr. Humphries' motion for waiver of Local Rule IA 11-6 **(ECF No. 160) is DENIED**, and Mr. Humphries' motion to dismiss **(ECF No. 161) is STRICKEN**.

Dated: April 13, 2018.

                                                                                         _____
                                                                                         ANDREW P. GORDON
                                                                                         UNITED STATES DISTRICT JUDGE

---

[1] Even if I considered his motion on its merits, I would deny it.