# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00279-APG-VCF |
| Plaintiff | **Order Granting Unopposed Motion** |
| v. | [ECF No. 174] |
| BRET ALAN HUMPHRIES, | |
| Defendant | |

The Government moves for leave to allow recall of two witnesses to allow for a more understandable presentation of evidence. The defendant does not oppose. ECF No. 187.

IT IS THEREFORE ORDERED that the Government's motion to allow recall of witnesses **(ECF No. 174) is GRANTED**.

DATED this 3rd day of August, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE