# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff

v.

BRET ALAN HUMPHRIES,

    Defendant

Case No.: 2:14-cr-00279-APG-VCF

**Order Granting Motion to Exclude
Judicial Findings**

[ECF No. 175]

The Government moves to exclude at trial certain judicial findings made in this case. The defendant does not oppose with the caveat that he might seek to introduce such evidence if the Government opens the door. ECF No. 186.

IT IS THEREFORE ORDERED that the Government's motion to exclude **(ECF No. 175) is GRANTED** without prejudice to the defendant seeking leave to introduce such evidence if the Government opens the door at trial.

DATED this 3rd day of August, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE