# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>BRET ALAN HUMPHRIES,<br><br>  Defendant | Case No.: 2:14-cr-00279-APG-VCF<br><br>**Order Denying as Moot Motions to Compel Reciprocal Discovery or Alternatively to Preclude Undisclosed Evidence**<br><br>[ECF Nos. 177, 178] |

The Government moves to require the defense to provide reciprocal discovery because the Government has not received any thus far, or alternatively to preclude the introduction at trial of any evidence the defendant has not provided as reciprocal discovery. The defendant responds that other than what the Government seized, he is unaware of any additional discovery and that he will promptly disclose any such materials if he becomes aware of them. ECF No. 189.

IT IS THEREFORE ORDERED that the Government's motions to compel reciprocal discovery or to preclude undisclosed evidence **(ECF Nos. 177, 178) are DENIED as moot**.

DATED this 3rd day of August, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE