THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRET ALAN HUMPHRIES, <br><br> Defendant. | 2:14-cr-00279-APG-VCF-1 <br><br> DATE: August 13, 2018 <br><br> Courtroom 6C |

THE HONORABLE ANDREW P. GORDON, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Melissa Johansen      COURT RECORDER: Heather Newman

COUNSEL FOR PLAINTIFF: Elham Roohani, Christopher Burton and FBI Agent Sue Flaherty

COUNSEL FOR DEFENDANT: Thomas Ericsson

MINUTES OF PROCEEDINGS: Jury Trial (Day 1)

9:07 a.m. Court convenes with all parties present, outside the presence of the prospective jury.

Trial housekeeping matters are discussed.

9:28 a.m. Court stands at recess.

9:36 a.m. On inquiry by the Court, Mr. Humphries waives his presence during sidebar.

9:37 a.m. Court stands at recess.

9:39 a.m. Fifty-Two (52) prospective jurors enter the Courtroom. Prospective jurors are sworn and voir dire commences.

10:54 a.m. The Court excuses the prospective jurors for a morning break. Court stands at recess.

11:04 a.m. Voir dire continues outside the presence of the prospective jury panel. Various jurors are excused as stated on the record.

12:40 p.m. Court stands at recess for a lunch break.

2:00 p.m. Trial matters are discussed outside the presence of the jury. Voir dire continues outside the presence of the prospective jury panel. Various jurors are excused as stated on the record.

3:27 p.m. Court stands at recess.

3:36 p.m. Voir dire continues. Thirty-two (32) prospective jurors are identified.

4:23 p.m. Peremptory challenges are made outside the presence of the jury. Court stands at recess.

4:50 p.m. On inquiry of the Court, Mr. Burton makes a reverse J.E.B Challenge. Arguments are heard.

5:13 p.m. Court stands at recess.

5:26 p.m. Further discussion is held regarding the J.E.B. Challenge. The reverse J.E.B. Challenge is granted, the Court and counsel agree to restart the peremptory challenges. Peremptory Challenges are made.

5:58 p.m. The jury enters. The jurors are thanked and the final fourteen (14) jurors are identified. The Court excuses the unselected jurors and the selected jury is sworn.

6:07 p.m. The jury is admonished and excused for the evening.

Trial matters are discussed outside the presence of the jury.

6:15 p.m. Court adjourns. Defendant is remanded to custody.

Jury Trial continued to Tuesday, August 14, 2018 at 8:30 a.m. in Courtroom 6C before Judge Andrew P. Gordon.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY: /S/
Melissa Johansen, Deputy Clerk