UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRET ALAN HUMPHRIES,<br><br>Defendant. | Case No. 2:14-cr-279-APG-VCF<br><br>**ORDER TEMPORARILY UNSEALING TRANSCRIPT** |

On April 5, 2019, Heather Newman, Official Court Reporter, received a Transcript Order from Thomas Ericsson, counsel for defendant, requesting a transcript of the sealed hearing March 3, 2015, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remained sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 15th day of April, 2019.

CAM FERENBACH
US DISTRICT COURT MAGISTRATE JUDGE

ORDER - 1