# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRET ALAN HUMPHRIES,<br><br>　　　　Defendant. | CASE NO.: 2:14-CR-00279-APG-VCF<br><br>**ORDER APPOINTING CJA COUNSEL** |

　　　　The Federal Public Defender's Motion to Withdraw **(ECF No. 264) is GRANTED**. Consistent with the District of Nevada's General Order 2020-06, I appoint JACQUELINE M. TIRINNANZI to represent Bret Alan Humphries for the limited purpose of determining whether Humphries may be eligible for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). Counsel may file any petitions, motions, or applications related to that task. The United States Probation Office is authorized to disclose Humphries's Presentence Investigation Report to Ms. Tirinnanzi.

　　　　DATED: June 22, 2020
　　　　*Nunc Pro Tunc*:  June 15, 2020

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE