# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRET ALAN HUMPHRIES,<br><br>Defendant | Case No.: 2:14-cr-00279-APG-VCF<br><br>**Order** |

I ORDER the United States of America to file a response to defendant Bret Alan Humphries' motion under 28 U.S.C. § 2255 (ECF No. 273) by August 31, 2022.

I FURTHER ORDER that defendant Bret Alan Humphries may file a reply by September 16, 2022.

DATED this 1st day of August, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE