**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

UNITED STATES OF AMERICA,

                Plaintiff(s),

v.

BRET ALAN HUMPHRIES,

                Defendant(s).

2:14-cr-279-APG-VCF

**ORDER**

Before the Court is the motion for copy of court docket (ECF No. 275).

Accordingly,

IT IS HEREBY ORDERED that the motion for copy of court docket (ECF No. 275) is GRANTED. The Clerk of Court is directed to mail a copy of the docket sheet to Mr. Humphries.

DATED this 22nd day of September 2022.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1